**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| JOANNE TAYLOR-COTTEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 16-cv-2036 (KBJ) |
| | ) | |
| DISTRICT OF COLUMBIA, *et al..*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MEMORANDUM OPINION**

On September 27, 2017, the defendants in this matter filed a motion to dismiss plaintiff's amended complaint. (*See* Mot. to Dismiss, ECF No. 19.) The Local Civil Rules of this Court provide that "[w]ithin 14 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the Court may treat the motion as conceded." LCvR 7(b). To date, plaintiff's counsel has neither filed an opposition to the motion nor requested more time to do so. Therefore, the Court will **GRANT** the defendants' motion as conceded and will **DISMISS** this action without prejudice.

A separate Order accompanies this Memorandum Opinion.

DATE: May 9, 2018

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge